UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. IRINA MIKOLAENKO,

                Plaintiff,

-against-

NEW YORK UNIVERSITY, NYU SCHOOL OF MEDICINE, NYU LANGONE MEDICAL CENTER, and DR. DAVID ZAGZAG, individually,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2020

16 Civ. 413 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

    This matter has been reassigned to me for all purposes. On October 21, 2019, Defendants moved for summary judgment. ECF No. 64. On November 14, 2019, Plaintiff's counsel informed the Court that they intended to withdraw, and requested that Plaintiff's time to respond to the motion for summary judgment be extended until 30 days after the motion to withdraw was ruled upon. ECF No. 67. On November 22, 2019, Plaintiff's counsel filed their motion to withdraw. ECF No. 69. On November 26, 2019, the Honorable Deborah A. Batts denied Plaintiff's counsel's motion to withdraw without prejudice, and granted their motion to stay the action for 60 days to allow Plaintiff to retain new counsel. ECF No. 71. By its terms, that stay expired on January 25, 2020.

    Accordingly, it is ORDERED that by **February 28, 2020**, the parties shall file a joint letter, informing the Court as to (1) the status of Plaintiff's representation, (2) the status of briefing on Defendants' motion for summary judgment, and (3) any other issues relevant to expeditiously proceeding with the prosecution of this action.

    SO ORDERED.

Dated: February 21, 2020
       New York, New York

                                      ANALISA TORRES
                                      United States District Judge