UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DR. IRINA MIKOLAENKO,

                    Plaintiff,

-against-

NEW YORK UNIVERSITY, NYU SCHOOL OF MEDICINE, NYU LANGONE MEDICAL CENTER, and DR. DAVID ZAGZAG, individually,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2020

16 Civ. 413 (AT) (JLC)

**ORDER**

ANALISA TORRES, District Judge:

      On March 9, 2020, the Court granted Plaintiff's counsel's motion to withdraw from this action, ordering counsel to serve the Court's order on Plaintiff by March 20, 2020, and file proof of service on the docket by March 25, 2020. ECF No. 77. As of this date, counsel has not filed proof of service, though nearly a month has passed since the deadline to do so.

      It is ORDERED that by **April 24, 2020**, Russell S. Moriarty shall file proof of service, or shall file a letter describing efforts to serve Plaintiff in compliance with the Court's March 9 order.

      SO ORDERED.

Dated: April 22, 2020
       New York, New York

                                            ANALISA TORRES
                                          United States District Judge